IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SANDRA E. DALY                                                      PLAINTIFF

VS.                          NO. 2-03 CV 000172 GH

PETRO STOPPING CENTERS, L.P.                                        DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

It appearing that this cause has been settled and compromised to the mutual satisfaction of the parties, the same should be, and hereby is, dismissed with prejudice.

IT IS SO ORDERED.

_____
THE HONORABLE GEORGE HOWARD, JR.

_August 10, 2005_
DATE

**PREPARED BY:**

ANDERSON, MURPHY & HOPKINS, L.L.P.
400 West Capitol Avenue, Suite 2470
Little Rock, Arkansas   72201
(501) 372-1887

By: _____
SCOTT D. PROVENCHER
BAR NO. 96148

**APPROVED BY:**

DAGGETT, DONOVAN, PERRY
  & FLOWERS, PLLC
12 South Poplar Street
Post Office Box 389
Marianna, Arkansas   72360

By: _/s/ Jim Pat Flowers_
    JIM PAT FLOWERS
    by [signature]
    with permission